The order below is hereby signed.

Signed: January 9 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| SHELTON FEDERAL GROUP, LLC, ) | Case No. 15-00623 |
| ) | (Chapter 7) |
| Debtor. ) | |
| ) | |
| _____ ) | |
| ) | |
| MARC E. ALBERT, CHAPTER 7 ) | |
| TRUSTEE FOR THE ESTATE OF ) | |
| SHELTON FEDERAL GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | Adversary Proceeding No. |
| ) | 17-10024 |
| v. ) | |
| ) | |
| TURNER CONSTRUCTION COMPANY, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

<u>ORDER DIRECTING CLERK TO TREAT ADVERSARY PROCEEDING AS CONCLUDED</u>

All of the claims in this adversary proceeding having been dismissed, it is

ORDERED that the clerk shall treat this adversary proceeding as concluded.

[Signed and dated above.]

Copies to: Recipients of e-notification of filings.

R:\Common\TeelSMT\TTU\Shelton Federal Group\Albert v. Turner\Order treating AP as concluded_Albert v. Turner.wpd

United States Bankruptcy Court
District of Columbia

Marc E. Albert, Chapter 7 Trustee for th,
    Plaintiff

Turner Construction Company,
    Defendant

Adv. Proc. No. 17-10024-SMT

## CERTIFICATE OF NOTICE

District/off: 0090-1    User: admin    Page 1 of 1    Date Rcvd: Jan 10, 2019
    Form ID: pdf001    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2019.
pla          +Marc E. Albert, Chapter 7 Trustee for the Estate o,   Stinson Leonard Street LLP,    1775 Pennsylvania Avenue, NW,   Suite 800,   Washington, DC 20006-4760

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
      Amy Elizabeth Garber    on behalf of Defendant    Tompkins/Ballard Joint Venture    agarber@bradley.com,    jbailey@bradley.com
      Amy Elizabeth Garber    on behalf of Defendant    Turner Construction Company agarber@bradley.com,    jbailey@bradley.com
      Amy Elizabeth Garber    on behalf of Defendant    Tompkins Builders Inc. agarber@bradley.com,    jbailey@bradley.com
      Jeffrey L. Tarkenton    on behalf of Defendant    S.B. Ballard Construction Company    Jeffrey.tarkenton@wbd-us.com,    karla.radtke@wbd-us.com
      Joseph H. Kasimer    on behalf of Defendant    Branscome Inc. JKasimer@reesbroome.com
      Joshua W. Cox    on behalf of Plaintiff    Marc E. Albert, Chapter 7 Trustee for the Estate of Shelton Federal Group, LLC Joshua.cox@stinson.com
      Roya Vasseghi    on behalf of Defendant    Branscome Inc. rvasseghi@reesbroome.com
      TOTAL: 7